THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE BROOKLYN CITY RAILROAD COMPANY v. LEWIS NIXON, etc., and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ANNA DOMB v. LOUIS DOMB.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ROBERT M. SILVERMAN v. J. HERBERT WARE and Others.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

WILLIAM OLECK v. ALEXANDER H. DEBSKI.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

O. FRIEDLANDER CHEMICAL COMPANY, INC., v. WILLIAM H. KNOX & COMPANY, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ALICE T. MULCAHY v. JOSEPHINE K. MCMARTIN.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

LEONORE HARRIS, Respondent, v. THE VOGUE COMPANY and Another, Appellants.— Order reversed, with costs, and verdict reinstated on the authority of *Harris* v. *Gossard Co., Inc.* (194 App. Div. 688), handed down herewith. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

MORTIMER B. FOSTER, Respondent, v. N. W. HALSEY & COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J. Laughlin, Dowling, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HELVETIA REALTY COMPANY and Another, Appellants, v. JOHN P. LEO and Others, Constituting the Board of Appeals of the City of New York, Respondents. NEW PINE STREET REAL ESTATE CORPORATION, Intervenor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.; Merrell, J., dissenting.

JAMES DI ANGELO, an Infant, by His Guardian ad Litem, JOSEPH DI ANGELO, Respondent. v. WILLIAM F. WILKE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON LIEBERMAN, Appellant.— Judgment reversed and new trial ordered on the authority of *People* v. *Luft* (192 App. Div. 713) and *People* v. *Lilymeld* (Id. 719). Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.